IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Al-Amin, Hasan Muhammad

Printed: 11/6/07

Case Number: 04 B 23294
Judge: Hollis, Pamela S
Filed: 6/18/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: October 4, 2007
Confirmed: August 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 36,575.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 29,905.92 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,814.18 |
| Other Funds: |  | 2,154.90 |
| Totals: | 36,575.00 | 36,575.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | RoundUp Funding LLC | Unsecured | 6,681.81 | 6,681.81 |
| 3. | Retailers National Bank | Unsecured | 98.56 | 98.56 |
| 4. | Discover Financial Services | Unsecured | 3,670.14 | 3,670.14 |
| 5. | Resurgent Capital Services | Unsecured | 1,081.80 | 1,081.80 |
| 6. | Specialized Management Consultants | Unsecured | 224.71 | 224.71 |
| 7. | Resurgent Capital Services | Unsecured | 1,960.58 | 1,960.58 |
| 8. | Credit First | Unsecured | 689.11 | 458.88 |
| 9. | Illinois Student Assistance Commission | Unsecured | 12,414.04 | 11,945.77 |
| 10. | Resurgent Capital Services | Unsecured | 3,509.21 | 3,509.21 |
| 11. | World Financial Network Nat'l | Unsecured | 274.46 | 274.46 |
| 12. | CitiMortgage Inc | Secured |  | No Claim Filed |
| 13. | LaSalle Home Mortgage Corporation | Secured |  | No Claim Filed |
| 14. | Express | Unsecured |  | No Claim Filed |
| 15. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| | | | $ 33,304.42 | $ 32,605.92 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 523.96 |
| 4% | 113.29 |
| 3% | 71.19 |
| 5.5% | 496.81 |
| 5% | 142.52 |
| 4.8% | 273.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Al-Amin, Hasan Muhammad | Case Number:  04 B 23294
 | Judge:  Hollis, Pamela S
Printed:  11/6/07 | Filed:  6/18/04

|        |        |
|--------|--------|
| 5.4%   | 192.81 |
|        | _____ |
|        | $ 1,814.18 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)